UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2210

SUSAN BIXBY LANGE,

                                        Plaintiff - Appellant,

        versus

NORFOLK CITY POLICE DEPARTMENT; NORFOLK CITY
SHERIFF'S DEPARTMENT; ROBERT J. MCCABE, Sher-
iff; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3;
JANE DOE; ROBERT KOZICH,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior
District Judge.  (CA-96-229)

Submitted:  April 17, 1997         Decided:  April 24, 1997

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Susan Bixby Lange, Appellant Pro Se.  Harold Phillip Juren, Deputy
City Attorney, Norfolk, Virginia; Samuel Lawrence Dumville, Vir-
ginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on her 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lange v. Norfolk City Police Dep't, No. CA-96-229 (E.D. Va. Aug. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED